**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

**In re:**                                                                 **CASE NO. 3:18-bk-04276-PMG**
                                                                           **CHAPTER 13**
**Morris Logan and**
**Daisy Lambert Logan,**

                    **Debtor(s)**
_____/

**MOTION TO DETERMINE**
**POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES**
**SOUGHT BY U.S. BANK TRUST, N.A. AS A SUPPLEMENT TO SECURED CLAIM 7**

Come now the Debtors, Morris Logan and Daisy Lambert Logan("Debtor"), by and through their undersigned counsel, and file this Motion to Determine Postpetition Mortgage Fees, Expenses, and Charges sought by U.S. Bank Trust, N.A. as a Supplement to Secured Claim 7. In support hereof, Debtor states as follows:

1. On December 7, 2018 (the "Petition Date"), Debtors filed in the instant case.

2. On February 13, 2019, Wells Fargo Bank, N.A. filed claim 7 as a secured claim in the amount of $156,263.05. The amount owed under Claim 7 is secured by a mortgage on the Debtors' principal residence located at 703 Westgate Drive, Jacksonville, Florida 32221 (the "Real Property").

3. On May 22, 2019, Wells Fargo Bank, N.A. filed an amended claim 7 as a secured claim in the amount of $157,428.05.

4. On June 7, 2021, U.S. Bank Trust, N.A. ("Creditor") filed a Notice of Transfer/Assignment of Claim evidencing the transfer/assignment of Claim 7 from Wells Fargo Bank N.A. to Creditor.

1

5. Since the inception of this case, Debtors have paid their mortgage through the Chapter 13 plan as well as provide for payments on the pre-petition arrearage.

6. Since the inception of this case, Debtors have resided at the Real Property as their principal residence.

7. On October 27, 2021, Creditor filed a Notice of Postpetition Mortgage Fees, Expenses and Charges (the "Notice") which provided for a total of $335.00 in post-petition "Property preservation expenses" which were allegedly incurred on October 21, 2021.

8. Debtors object to this post-petition expense because Creditor did not need to incur property preservation expenses on an owner-occupied property.

**WHEREFORE**, Debtors respectfully request this Court enter an order disallowing the fees requested in the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed on October 27, 2021 by U.S. Bank Trust, N.A.

Dated this 29th day of October 2021.

**LANSING ROY, P.A.**

**/s/ Kevin B. Paysinger**
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056742
Attorney for Debtor(s)
1710 Shadowood Lane, Suite 210
Jacksonville, FL  32207-2184
court@lansingroy.com
Telephone:  (904) 391-0030
Facsimile:  (904) 391-0031

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished to the following parties on the 29th day of October 2021 by United States first-class mail or by electronic notification:

Ghidotti Berger LLP
c/o Melbalynn Fisher, Esquire
1031 North Miami Beach Blvd.
North Miami Beach, FL 33162
*Authorized Agent for Creditor*

U.S. Bank Trust, N.A.
c/o Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-2708

Douglas W. Neway
P O Box 4308
Jacksonville, FL 32201

Morris & Daisy Logan
703 Westgate Drive
Jacksonville, Florida 32221

**LANSING ROY, P.A.**

**/s/ Kevin B. Paysinger**
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056742
**William B. McDaniel, Esquire**
Florida Bar No. 084469
Attorney for Plaintiff(s)
1710 Shadowood Lane, Suite 210
Jacksonville, FL  32207-2184
court@lansingroy.com
Telephone:  (904) 391-0030
Facsimile:  (904) 391-0031